[No. 8628-0-II. Division Two. April 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
CHARLES HANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00256-3, Leonard W. Kruse, J., entered March 20, 1985. *Affirmed* by unpublished opinion per

Meiner, J. Pro Tem., concurred in by Cox and Utter, JJ. Pro Tem.